# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH OWENS, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | |
| ) | No.   5:05CV60259 |
| ) | |
| WINNEBAGO INDUSTRIES, INC., ) | Hon. Judge John Corbett O'Meara |
| A Foreign Corporation, and GENERAL ) | |
| RV CENTER, INC., A Michigan Corp., ) | |
| Jointly and Severally, ) | |
| ) | |
| *Defendants*. ) | |

## Order

Before the Court are Winnebago's Motion to Dismiss, General's Motion to Dismiss, Defendants' Motion to Strike Plaintiff's Motion to Dismiss Responses, and General's Motion to Compel Arbitration.

It is hereby ordered that:

1) The Court denies Defendants' Motion to Strike Plaintiff's Motion to Dismiss Responses;

2) The Court grants General's Motion to Compel Arbitration, and the claims asserted against General RV Center in plaintiff's complaint are dismissed. As a result, General's Motion to Dismiss is moot and is denied;

3) Counts III, revocation of acceptance, and VII, breach of contract, against Winnebago in plaintiff's complaint are dismissed;

4) Count VI, Violation of the Michigan Consumer Protection Act MCLA 445.901 ET SEQ., against Winnebago in plaintiff's complaint is dismissed without

prejudice and plaintiff is granted _____ days, or until _____, 2006, to amend her complaint to restate this claim with specificity;

5) The Court denies Winnebago's Motion to Dismiss;

>IT SO ORDERED.
>s/John Corbett O'Meara
>HON. John Corbett O'Meara
>United States District Court Judge

Order Prepared By:
Paul E. Wojcicki (P59999)
David H. Leavitt
Segal McCambridge Singer & Mahoney, Ltd.
330 N. Wabash Ave., Ste. 200
Chicago, IL 60611
(312)645-7800
**Michigan Office**
7960 Grand River Avenue, Ste. 260
Brighton, MI 48114
(810) 225-4227